UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JAMES THORPE,

        Plaintiff,

- against -

J. D'ANNUNZIO & SONS, INC. and
LABORERS' UNION LOCAL 17,

        Defendants,

-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/14/2021
```

**ORDER**

18 Civ. 2606 (NSR)

Román, D.J.:

On August 20, 2021, the parties attended a settlement conference before Magistrate Judge Krause. (ECF No. 96.) The minute entry for this conference notes that this matter is now settled in principal. Therefore, it is

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof. The status conference set before Judge Román on September 17, 2021 at 2PM is cancelled.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court. SO ORDERED.

Dated:    White Plains, New York
          September 14, 2021

                                                            Nelson S. Román, U.S.D.J.